# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENTS TO THE    :  No. 398

                                          :

MINOR JUDICIARY EDUCATION BOARD:  MAGISTERIAL RULES DOCKET

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of May, 2016, Magisterial District Judge Denise Snyder Thiel, Westmoreland County, and Magisterial District Judge Karen Eisner Zucker, Montgomery County, are hereby appointed as members of the Minor Judiciary Education Board for a term of three years commencing July 1, 2016.